# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-cv-50 (RJL) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |
| JANETTE HARDY, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 19-cv-51 (RJL) |
| DONALD J. TRUMP, *in his official capacity as President of the United States, et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| NATIONAL AIR TRAFFIC CONTROLLERS ASSOCIATION, ("NATCA"), *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 19-cv-62 (RJL) |
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' STATUS REPORT REGARDING UPCOMING PAY PERIODS**

Consistent with Local Civil Rule 5.1(a), as well as the Court's instructions at the status conference occurring on January 31, 2019, Defendants hereby submit this status report with information regarding payments for upcoming pay periods that would be relevant to a potential future lapse in appropriations.

As discussed at the status conference, the Government believes that any such lapse is entirely speculative. Nonetheless, for purposes of responding to the Court's factual inquiries, undersigned counsel have conferred with the relevant client agencies, and set forth below is undersigned counsel's current understanding of the facts. Given the complexity of the federal pay systems, it is difficult to describe payments to federal employees in universal terms. However, set forth below is undersigned counsel's understanding of the general payment practices for most federal agencies, for the pay periods between Sunday, February 3, 2019 through Saturday, February 16, 2019 ("pay period 2019-03"); and, Sunday, February 17, 2019 through Saturday, March 2, 2019 ("pay period 2019-04").[1]

In general, pay period 2019-03 reflects work performed from Sunday, February 3, 2019 through Saturday, February 16, 2019. Under normal circumstances, employees would receive payment for this pay period no sooner than Sunday, February 17, and typically on or around Friday, February 22 (though the exact date on which an individual employee receives his or her paycheck depends on a variety of individual and agency-specific factors, including which Federal shared service payroll provider an agency uses).[2] Some employees may be paid as late as February 28,

---

[1] Federal payroll providers may use different terminology to identify each of these two pay periods. For example, the FAA's payroll provider identifies the pay period between Sunday, February 3, 2019, through Saturday, February 16, 2019, as "pay period 2019-04."

[2] Obligations to pay certain federal employees, such as uniformed service members of the Coast Guard, arise monthly. (To the best of our knowledge, those employees are paid bi-

2019.  Even assuming a hypothetical lapse in appropriations beginning at the end of Friday, February 15, 2019, federal employees would still be compensated on (or around) February 22 for any work performed up through February 15.  The only potential work performed during pay period 2019-03 that would *not* be paid on or around February 22 would be if an employee worked on the final day of the pay period after the lapse in appropriations began—*i.e.*, on Saturday, February 16, 2019.

Pay period 2019-04 reflects work performed from Sunday, February 17, 2019 through Saturday, March 2, 2019.  Under normal circumstances, employees would receive payment for this pay period no sooner than Sunday, March 3, and typically on or around Friday, March 8, 2019.  Some employees may be paid as late as March 14.  Assuming a hypothetical lapse in appropriations beginning at the end of Friday, February 15, and assuming that a federal employee did not perform work on Saturday, February 16, those employees would not experience any delay in payment unless and until the lapse in appropriations lasted long enough to delay the payment made on or around March 8, 2019 for pay period 2019-04.

The length of any delayed payment would be dependent on many factors, including information technology system limitations, timing of the lapse in relation to adjacent pay periods and pay dates, and other complexities.

Notwithstanding the above information, for purposes of conducting any preliminary-injunction proceedings expeditiously (should those proceedings be necessary), the Government stands ready to comply with the briefing schedule previously established by the Court.  *See* Minute Order of Jan. 31, 2019.  The Government reserves the right, however, to argue that plaintiffs cannot

---

monthly.)  In the event of a lapse in appropriations, it is our understanding that these employees would not miss any payments for work performed in February because the current budget authority under the current Continuing Resolution provides for such payments.

-3-

demonstrate the need for a preliminary injunction if they have not yet missed any payments.

| | |
|---|---|
| Dated: February 7, 2019 | Respectfully submitted,<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br><br>CHRISTOPHER R. HALL<br>Assistant Branch Director<br><br>*/s/ Daniel Schwei*<br>DANIEL SCHWEI<br>N.Y. Bar Member<br>*/s/ Adam D. Kirschner*<br>ADAM D. KIRSCHNER<br>IL Bar No. 6286601<br>Senior Trial Counsel<br>KATHRYN C. DAVIS<br>DC Bar No. 985055<br>Senior Counsel<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW, Room 12024<br>Washington, DC 20530<br>Tel.:    (202) 305-8693<br>         (202) 353-9265<br>Fax:    (202) 616-8460<br>E-mail:  daniel.s.schwei@usdoj.gov<br>         adam.kirschner@usdoj.gov<br><br>Mailing Address:<br>Post Office Box 883<br>Washington, D.C. 20044<br><br>Courier Address:<br>1100 L Street NW, Room 12024<br>Washington, D.C. 20005<br><br>*Counsel for Defendants* |